LAW OFFICE OF
**JAMES J. GENTILE, P.C.**
James J. Gentile, ABN 9983
4035 W. Chandler Blvd., Suite 4
CHANDLER, ARIZONA 85226
(480) 961-1906/FAX (480) 705-4425
EMAIL: JJG@AZLAWYER.NET

# IN THE UNITED STATE BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br>**LISA CRAVEN**<br>Debtor(s). | In Proceedings Under Chapter 7<br>Case NO: 2:17-bk-05982-BKM<br>**CHANGE OF ADDRESS** |

The following is a Change of Address and any correspondence should be mailed to the new address.

**OLD ADDRESS:**     LISA CRAVEN
                    15256 W MELISSA
                    SURPRISE, AZ 85374

**NEW ADDRESS:**
                    LISA CRAVEN
                    17421 W MANDALAY LANE
                    SURPRISE, AZ 85388

                                        **JAMES J. GENTILE, P.C.**
                                        /S/ 009983
                                        James J. Gentile
                                        Attorney for Debtor(s)

A copy of this Notice
Mailed this
29th day of June, 2018:

Russell Brown
3838 N. Central Ave. #800
Phoenix, AZ 85012-1906